| BATES | SENDER | RECEIVER | COPIED | | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| GAAC 1688-1708 | Various | Great American employees and outside counsel for Great American | | | | | Attorney-Client Privilege and Work Product | Claim notes – <br><br>Redactions for confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services and documents prepared in the anticipation of litigation. Redacted claim notes were created in the ordinary course of business, but instead created with the primary motivating purpose to aid in litigation. Pre-suit claim notes contain attorney-client privileged communications and opinion work product. |
| GAAC PRIV 00397-399 | Meisner, Dianne | Turner, Joel B. | | | 8/24/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to the subject horse and attachments to email. |
| GAAC PRIV 00396 | Turner, Joel B. | Meisner, Dianne | | | 8/24/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to the subject horse and Plaintiff's Policy. |
| GAAC PRIV 00393 | Meisner, Dianne | Moore, Meriwether (forwarding J. Turner email) | | | 8/24/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidential legal advice from counsel pertaining to the subject horse and forwarding confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy and requesting information from client. |
| GAAC PRIV 00138 | Bloxsom, Charlotte | ClaimDocument (Correspondence between J. Turner, T. Rittman, D. Meisner, M. Meriwether, and C. Bloxsom). | | | 8/27/2018 | Email | Attorney- Client Privilege & Work Product | Copy of confidential communications between Frost Brown Todd attorneys and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding Plaintiff's Policy. |
| GAAC PRIV 00394-395 | Meisner, Dianne | Turner, Joel B. | Rittman, Tierre; Moore, Meriwether | | 8/24/2018 | Email | Attorney-Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy and attachment to e-mail. |
| GAAC PRIV 00389-90 | Meisner, Dianne | Turner, Joel B. | Moore, Meriwether | | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Internal and Confidential records of confidential communications between legal counsel and Great American employees made in the context of an |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to the subject horse and attachment to email. |
| GAAC PRIV 00655 | Moore, Meriwether | Manor, Barry | | 8/28/2018 | Email | Work Product | Communication made in anticipation of litigation regarding attorney's contact information. |
| GAAC PRIV 654 | Moore, Meriwether | Bloxsom, Charlotte | | 8/28/2018 | Email | Work Product | Communications made by Great American employees in anticipation of litigation regarding legal action. |
| GAAC PRIV 00024-57 | Barcus, Marlena | Joel Turner (with copy to herself) | | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Copy of confidential communications between legal counsel and Great American employee made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy and attachments. |
| GAAC PRIV 00058-91 | Barcus, Marlena | Joel Turner | | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy and attachments. |
| GAAC PRIV 00101 | autobot@autobot.email.com | hmwright@fbtlaw.com; electronicbilling@fbtlaw.com | Bloxsom, Charlotte | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding retention of legal counsel. |
| GAAC PRIV 00108 | Bloxsom, Charlotte | ClaimDocument (Copy of email to hwright@fbtlaw.com) | | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding retention of legal counsel. |
| GAAC PRIV 00653 | Moore, Meriwether | Joel Turner | Bloxsom, Charlotte | 8/28/2018 | Email | Attorney-Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to recorded statements. |
| GAAC PRIV 00652 | Bloxsom, Charlotte | Moore, Meriwether; Joel Turner | | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to recorded statements. |
| GAAC PRIV 00650 | Turner, Joel B. | Moore, Meriwether | Bloxsom, Charlotte; | 8/28/2018 | Email | Attorney-Client Privilege & Work | Confidential communications between legal counsel and Great American employees made in the context |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|-------|--------|----------|--------|------|------|-------|-------------|
| | | | Burnside, Chris | | | Product | of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy and recorded statements. |
| GAAC PRIV 00023 | Turner, Joel B. | Barcus, Marlena | Burnside, Chris; Rittman, Tierre | 8/28/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding Plaintiff's Policy and recorded statements. |
| GAAC PRIV 00113 | Bloxsom, Charlotte | ClaimDocument (Copy of Email to Joel Turner) | | 8/29/2018 | Email | Attorney- Client Privilege & Work Product | Internal and Confidential records of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy. |
| GAAC PRIV 00648 | Manor, Barry | Moore, Meriwether; Bloxsom, Charlotte | ClaimDocument | 8/30/2018 | Email | Work Product & Attorney-Client Privilege | Communications made by Great American employees in anticipation of litigation regarding questions for counsel. |
| GAAC PRIV 00647 | Moore, Meriwether | Bloxsom, Charlotte | | 8/30/2018 | Email | Attorney-Client Privilege & Work Product | Communications made by Great American employees in anticipation of litigation regarding questions for counsel and documents to be sent to counsel. |
| GAAC PRIV 00646 | Bloxsom, Charlotte | Manor, Barry; Moore, Meriwether | ClaimDocument | 8/30/2018 | Email | Attorney- Client Privilege & Work Product | Communications made by Great American employees in anticipation of litigation regarding questions for counsel and thanks for providing information for counsel. |
| GAAC PRIV 00643 | Moore, Meriwether | Burnside, Chris | | 8/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements. |
| GAAC PRIV 00642 | Burnside, Chris | Moore, Meriwether | Bloxsom, Charlotte | 9/4/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding discussion of case teleconference. |
| GAAC PRIV 00641 | Moore, Meriwether | Burnside, Chris | | 9/4/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding discussion of case teleconference and passwords. |
| GAAC PRIV 00382-84 | Barcus, Marlena | Chris Burnside | Barcus, Marlena; Meisner, Dianne | 9/4/2018 | Email | Attorney-Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding policy issues and attaching legal research for review |
| GAAC PRIV 00640 | Moore, Meriwether | Manor, Barry; Marcum, Amanda | | 9/4/2018 | Email | Attorney-Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion relaying confidential legal advice from counsel |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | pertaining to documents relating to investigation. |
| GAAC PRIV 00639 | Manor, Barry | Moore, Meriwether | | 9/4/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion relaying confidential legal advice from counsel pertaining to investigation. |
| GAAC PRIV 00092-95 | Bloxsom, Charlotte | Chris Burnside | | 9/4/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements and attachments. |
| GAAC PRIV 00112 | Bloxsom, Charlotte | ClaimDocument (Copy of email to C. Burnside) | | 9/4/2018 | Email | Attorney- Client Privilege & Work Product | Internal and Confidential records of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements, investigation, and Thomas. |
| GAAC PRIV 00123 | Burnside, Chris | Bloxsom, Charlotte | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements. |
| GAAC PRIV 00109-110 | Bloxsom, Charlotte | Burnside, Chris | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements and documents requested by counsel for review, attaching document. |
| GAAC PRIV 00638 | Moore, Meriwether | Bloxsom, Charlotte | | 9/5/2018 | Email | Attorney-Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidentially obtaining legal advice from counsel. |
| GAAC PRIV 00637 | Bloxsom, Charlotte | Moore, Meriwether | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidentially obtaining legal advice from counsel. |
| GAAC PRIV 00118-119 | Bloxsom, Charlotte | Burnside, Chris | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding video and attaching video. |
| GAAC PRIV 00120-121 | Bloxsom, Charlotte | Burnside, Chris | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding video and attaching video. |
| GAAC PRIV 00136-37 | Bloxsom, Charlotte | Burnside, Chris | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | with the provision of legal services regarding video and attaching video. |
| GAAC PRIV 00142-43 | Bloxsom, Charlotte | Burnside, Chris | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding video and attaching video. |
| GAAC PRIV 00111 | Burnside, Chris | Bloxsom, Charlotte | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding the health of the subject horse. |
| GAAC PRIV 00122 | Burnside, Chris | Bloxsom, Charlotte | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding the health of the subject horse. |
| GAAC PRIV 00631-636 | Burnside, Chris | Bloxsom, Charlotte; Moore, Meriwether | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements and attaching attorney draft documents reflecting counsel's thought processes and mental impressions and communications to client. |
| GAAC PRIV 00630 | Bloxsom, Charlotte; | Moore, Meriwether Burnside, Chris | | 9/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding telephone conference re legal advice concerning draft legal documents. |
| GAAC PRIV 00624-29 | Moore, Meriwether | Bloxsom, Charlotte (Forwarding email from C. Burnside) | | 9/6/2018 | Email | Attorney-Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidential legal advice from counsel in anticipation of litigation re revisions to attorney drafted letters and questions for attorneys and attaching drafts containing attorney mental impressions. |
| GAAC PRIV 00623 | Bloxsom, Charlotte | Moore, Meriwether (Forwarding email from C. Burnside) | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidential legal advice from counsel in anticipation of litigation re revisions to attorney drafted letters and questions for attorney. |
| GAAC PRIV 00622 | Burnside, Chris | Bloxsom, Charlotte; Moore, Meriwether | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding meeting and password. |
| GAAC PRIV | Bloxsom, Charlotte | Moore, Meriwether | | 9/6/2018 | Email | Attorney- Client | Confidential communications between Great |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 00616-621 | | (Forward from Chris Burnside) | | | | Privilege & Work Product | American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussion, changes to be discussed with attorney, and including document proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions. |
| GAAC PRIV 00610-615 | Bloxsom, Charlotte | Moore, Meriwether (Forward from Chris Burnside) | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussion, changes to be discussed with attorney, and including document proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions. |
| GAAC PRIV 00609 | Moore, Meriwether | Bloxsom, Charlotte | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding documents to be sent to legal counsel for legal review. |
| GAAC PRIV 00608 | Bloxsom, Charlotte | Moore, Meriwether | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding discussions to be had with counsel concerning documents |
| GAAC PRIV 00607 | Bloxsom, Charlotte | Moore, Meriwether (Forward from Chris Burnside) | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions, and changes to be discussed with attorney. |
| GAAC PRIV 00605-606 | Bloxsom, Charlotte | Burnside, Chris | Moore, Meriwether | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding drafted letter and attaching signed letter. |
| GAAC PRIV 00603-604 | Bloxsom, Charlotte | Burnside, Chris | Moore, Meriwether | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding drafted letter and attaching signed letter. |
| GAAC PRIV 00601-602 | Bloxsom, Charlotte | Burnside, Chris | Moore, Meriwether | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding drafted letter and attaching signed letter. |
| GAAC PRIV 00102-103 | Bloxsom, Charlotte | Burnside, Chris | Moore, Meriwether | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding drafted |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | letter and attaching signed letter. |
| GAAC PRIV 00135 | Burnside, Chris | Bloxsom, Charlotte | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding drafted letter. |
| GAAC PRIV 00598-600 | Bloxsom, Charlotte | Burnside, Chris | Moore, Meriwether | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding drafted letter and attaching signed letter and other document. |
| GAAC PRIV 00117 | Bloxsom, Charlotte | Burnside, Chris | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding legal advice re sending documents. |
| GAAC PRIV 00105-107 | Bloxsom, Charlotte | ClaimDocument (Copying email with Chris Burnside) | | 9/6/2018 | | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding recorded statements and attaching documents. |
| GAAC PRIV 00132 | Burnside, Chris | Bloxsom, Charlotte | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff. |
| GAAC PRIV 00131 | Bloxsom, Charlotte | Burnside, Chris | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff. |
| GAAC PRIV 00133 | Burnside, Chris | Bloxsom, Charlotte | | 9/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff. |
| GAAC PRIV 00134 | Bloxsom, Charlotte | Burnside, Chris | | 9/7/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff. |
| GAAC PRIV 00376-377 | Barcus, Marlena | Chris Burnside | jturner@fbtlaw.com; Meisner, Dianne; Barcus, Marlena | 9/17/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to Plaintiff's Policy with attached document. |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| GAAC PRIV 00373-375 | Burnside, Chris | Barcus, Marlena; Meisner, Dianne; Bloxsom, Charlotte; Moore, Meriwether | Dussich, Rebecca J. | 9/18/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding conversations with opposing counsel, EUOs, and legal advice requested and attaching documents to be discussed. |
| GAAC PRIV 00372 | Bloxsom, Charlotte | Burnside, Chris; Barcus, Marlena; Meisner, Dianne; Moore, Meriwether | Dussich, Rebecca J. | 9/18/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding conversations with opposing counsel, EUOs, and legal advice requested. |
| GAAC PRIV 00371 | Moore, Meriwether | Burnside, Chris; Barcus, Marlena; Meisner, Dianne; Bloxsom, Charlotte | Dussich, Rebecca J. | 9/18/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding conversations with opposing counsel, EUOs, and legal advice requested. |
| GAAC PRIV 00022 | Barcus, Marlena | Burnside, Chris | | 9/18/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding conversations with opposing counsel, EUOs, and legal advice requested legal advice. |
| GAAC PRIV 00369-370 | Burnside, Chris | Barcus, Marlena; Meisner, Dianne; Bloxsom, Charlotte; Moore, Meriwether | Dussich, Rebecca J. | 9/20/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions and including document language proprosed by legal counsel for Great American reflecting counsel's thought processes and mental impressions. |
| GAAC PRIV 00215 | Bloxsom, Charlotte | Coyne, Kathy | | 9/20/2018 | Email | Attorney- Client Privilege & Work Product | Forward of Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions re document proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions with question re review. |
| GAAC PRIV 00756-757 | Bloxsom, Charlotte | Meisner, Dianne; Marlena Barcus | Coyne, Kathy | 9/21/2018 | Email | Attorney-Client Privilege & Work Product | Forward of Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions and including document language proposed by counsel for Great American reflecting counsel's thought processes and |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | mental impressions for review and discussion. |
| GAAC PRIV 00214 | Coyne, Kathy | Bloxsom, Charlotte (Forward from Chris Burnside) | | 9/21/2018 | Email | Attorney- Client Privilege & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions and including document language proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions for review. |
| GAAC PRIV 00212-213 | Bloxsom, Charlotte | Coyne, Kathy (Forward from Chris Burnside) | | 9/21/2018 | Email | Attorney- Client Privilege & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions and including document language proposed by legal for Great American reflecting counsel's thought processes and mental impressions for review and discussion. |
| GAAC PRIV 00210 -211 | Coyne, Kathy | Bloxsom, Charlotte (Forward from Chris Burnside) | | 9/21/2018 | Email | Attorney- Client Privilege & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions and including document language proprosed by legal counsel for Great American reflecting counsel's thought processes and mental impressions for review and discussion. |
| GAAC PRIV 00595-596 | Bloxsom, Charlotte | Moore, Meriwether (Forward from Chris Burnside) | | 9/24/2018 | Email | Attorney- Client Privilege & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussions and including document language proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions for review and discussion. |
| GAAC PRIV 00365-366 | Burnside, Chris | Barcus, Marlena; Meisner, Dianne; Bloxsom, Charlotte; Moore, Meriwether | Dussich, Rebecca J. | 9/24/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services, including document language proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions regarding communicating with Plaintiff. |
| GAAC PRIV 00364 | Bloxsom, Charlotte | Burnside, Chris; Barcus, Marlena; Meisner, Dianne; Moore, Meriwether | Dussich, Rebecca J. | 9/24/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services, including discussion of document language proposed by legal |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | counsel for Great American reflecting counsel's thought processes and mental impressions regarding communicating with Plaintiff. |
| GAAC PRIV 00020-21 | Barcus, Marlena | Burnside, Chris | | 9/24/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services, including document language proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions regarding communicating with Plaintiff. |
| GAAC PRIV 00752-753 | Meisner, Dianne | Barcus, Marlena (Forward from Chris Burnside) | | 9/25/2018 | Email | Attorney-Client Privilege & Work Product | Confidential communications between Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussion, changes to be discussed with attorney, and including document proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions. |
| GAAC PRIV 00017-19 | Barcus, Marlena | Burnside, Chris | Barcus, Marlena | 9/25/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services, including documents prepared by legal counsel for Great American reflecting counsel's thought processes and mental impressions regarding communicating with Plaintiff regarding Plaintiff's Policy. |
| GAAC PRIV 00754-755 | Moore, Meriwether | Meisner, Dianne | | 9/25/2018 | PDF | Attorney-Client Privilege & Work Product | Confidential communications between Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding draft letter discussion, changes to be discussed with attorney, and including document proposed by legal counsel for Great American reflecting counsel's thought processes and mental impressions. |
| GAAC PRIV 00014-00016 | Burnside, Chris | Barcus, Marlena | | 9/25/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communicating with Plaintiff regarding Plaintiff's Policy and including irrelevant logos. |
| GAAC PRIV 00012-13 | Barcus, Marlena | Burnside, Chris | | 9/25/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services, including documents prepared by legal counsel for Great American reflecting counsel's thought processes and mental impressions regarding communicating with |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | Plaintiff regarding Plaintiff's Policy. |
| GAAC PRIV 00011 | Burnside, Chris | Barcus, Marlena | Bloxsom, Charlotte; Moore, Meriwether | 9/26/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communicating with Plaintiff regarding Plaintiff's Policy. |
| GAAC PRIV 00363 | Barcus, Marlena | Meisner, Dianne (Forward of Chris Burnside Email) | | 9/26/2018 | Email | Attorney- Client Privilege & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communicating with Plaintiff regarding Plaintiff's Policy. |
| GAAC PRIV 00007-00010 | Barcus, Marlena | Burnside, Chris | Barcus, Marlena | 9/27/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff and including attachments and discussion of communications with Plaintiff. |
| GAAC PRIV 00128-129 | Rittman, Tierre on behalf of Burnside, Chris | Bloxsom, Charlotte | Burnside, Chris | 9/28/2018 | Email | Attorney-Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents and materials pertaining to potential EUO and attaching documents. |
| GAAC PRIV 00097 | Bloxsom, Charlotte | Burnside, Chris | | 9/28/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with treatment provider for subject horse. |
| GAAC PRIV 00144-147 | Bloxsom, Charlotte | Burnside, Chris | | 10/16/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding the subject horse and attaching videos. |
| GAAC PRIV 00114 | Bloxsom, Charlotte | Burnside, Chris | | 10/16/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding the subject horse. |
| GAAC PRIV 00130 | Burnside, Chris | Bloxsom, Charlotte | | 10/23/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff's counsel and EUOs. |
| GAAC PRIV | Bloxsom, Charlotte | Moore, Meriwether | | 10/24/2018 | Email | Attorney- Client | Forward of confidential communications between |

| BATES | SENDER | RECEIVER | COPIED | | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00594 | | (Forward of Chris Burnside Email) | | | | | Privilege & Work Product | legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff's counsel and EUOs. |
| GAAC PRIV 00593 | Moore, Meriwether | Bloxsom, Charlotte (Forward of Chris Burnside Email) | | | 10/24/2018 | Email | Attorney- Client Privilege & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communications with Plaintiff's counsel and EUOs and discussion re request for documents at request of counsel in preparation of litigation. |
| GAAC PRIV 00351 | Barcus, Marlena | Burnside, Chris | Meisner, Dianne; Barcus, Marlena | | 11/5/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding correspondence from Plaintiff's counsel. |
| GAAC PRIV 00003-00006 | Burnside, Chris | Barcus, Marlena | | | 11/5/2018 Email | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding meeting and correspondence with Plaintiff's cousnel. |
| GAAC PRIV 00591 | Moore, Meriwether | Moore, Jodeanne | | | 10/26/2018 | Email | Attorney- Client Privilege & Work Product | Irrelevant confidential communications regarding upcoming meeting with Chris Burnside. |
| GAAC PRIV 00590 | Moore, Jodeanne | Bloxsom, Charlotte | Moore, Meriwether | Moore, Jodeanne; | 10/26/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00589 | Bloxsom, Charlotte | Moore, Jodeanne | Moore, Meriwether | | 10/26/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00177, GAAC 3826 | Moore, Jodeanne | Coyne, Kathy; Clark, Patsy; Cotton, Cheryl; Moore, Meriwether | Moore, JOdeanne; jjmoore@gaig.com | | 10/26/2018 | Excel | Confidential Business Information and Trade Secrets; Information Irrelevant to Plaintiff's Suit | Redaction of irrelevant unrelated horses and unrelated insurance policies; confidential business information and data belonging to Great American regarding other insurance policies, from which Great American derives economic value, the disclosure of which would be harmful to Great American and would permit Great American's competitors to obtain their own economic value. Such information is also unrelated and irrelevant to the subject matter of this suit. |
| GAAC PRIV 00588 | Moore, Jodeanne | Bloxsom, Charlotte | Moore, Meriwether; Lohr, Jessica | Moore, Jodeanne; | 10/27/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00587 | Moore, Jodeanne | Bloxsom, Charlotte | Moore, Meriwether; Lohr, Jessica | Moore, Jodeanne; | 10/27/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV | Bloxsom, Charlotte | Lohr, Jessica | Moore, | | 10/30/2018 | Email | Attorney- Client | Confidential communications re sending documents |

| BATES | SENDER | RECEIVER | COPIED | | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 00586 | | | Meriwether; Moore, Jodeanne | | | | Privilege & Work Product | to counsel for review and password for flash drive. |
| GAAC PRIV 00592 | Moore, Jodeanne | Bloxsom, Charlotte | Moore, Meriwether | | 10/26/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00585 | Lohr, Jessica | Bloxsom, Charlotte | Moore, Meriwether; Moore, Jodeanne | Lohr, Jessica; | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00584 | Bloxsom, Charlotte | Lohr, Jessica | Moore, Meriwether; Moore, Jodeanne | | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00583 | Lohr, Jessica | Bloxsom, Charlotte | Moore, Meriwether; Moore, Jodeanne | Lohr, Jessica; | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00582 | Moore, Meriwether | Lohr, Jessica; Bloxsom, Charlotte | Moore, Jodeanne | | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00581 | Bloxsom, Charlotte | Moore, Meriwether; Lohr, Jessica | Moore, Jodeanne | | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00580 | Lohr, Jessica | Bloxsom, Charlotte; Moore, Meriwether | Moore, Jodeanne | Lohr, Jessica; | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00579 | Bloxsom, Charlotte | Lohr, Jessica; Moore, Meriwether | Moore, Jodeanne | | 10/30/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications re sending documents to counsel for review and password for flash drive. |
| GAAC PRIV 00096 | Bloxsom, Charlotte | Burnside, Chris | | | 10/31/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding documents to review for Great American. |
| GAAC PRIV 00352 | Burnside, Chris | Barcus, Marlena; Bloxsom, Charlotte; Moore, Meriwether; Meisner, Dianne | | | 11/3/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding Plaintiff's policy. |
| GAAC PRIV 00350 | Moore, Meriwether | Barcus, Marlena; Bloxsom, Charlotte; Meisner, Dianne (Forward of C. Burnside email) | | | 11/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding answering legal counsel's question. |
| GAAC PRIV 00577 | Bloxsom, Charlotte | Moore, Meriwether (Forward of C. Burnside email) | | | 11/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | | | | | | | with the provision of legal services regarding answering legal counsel's question below. |
| GAAC PRIV 00349 | Barcus, Marlena | Moore, Meriwether (Forward of C. Burnside email) | Meisner, Dianne; Bloxsom, Charlotte | 11/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding answering legal counsel's question below. |
| GAAC PRIV 00002 | Barcus, Marlena | Moore, Meriwether (Forward of C. Burnside email) | Bloxsom, Charlotte | 11/6/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidential legal advice from counsel pertaining to forwarding response sent to legal counsel. |
| GAAC PRIV 00001 | Moore, Meriwether | Barcus, Marlena (Forward of C. Burnside email) | | 11/6/2018 | Email | Attorney-Client Privilege & Work Product | Confidential Communications made by Great American's employees in consultation and discussion regarding confidential legal advice from counsel pertaining to response to legal counsel's question. |
| GAAC PRIV 00576 | Moore, Meriwether | Manor, Barry | | 11/14/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees regarding conversations to be had with legal counsel. |
| GAAC PRIV 00575 | Manor, Barry | Moore, Meriwether | | 11/20/2018 | Email | Attorney- Client Privilege & Work Product | Confidential Communications made by Great American's employees regarding conversations to be had with legal counsel. |
| GAAC PRIV 00674-682  GAAC 4911-4922 | Moore, Meriwether | Vassar, Julia; Bloxsom, Charlotte | | 7/2/2018-12/24/2018 | Text Messages | Irrelevant, Privileged, & Confidential Post-Suit Communications | Post-suit communications; Irrelevant communications such as those regarding bets placed on unrelated horse races, holiday celebrations/crafts, "on call" discussion, tickets; discussions with consulting expert.  Post-suit confidential discussions with Great American employees made in anticipation of litigation regarding legal strategy. |
| GAAC PRIV 00712-714,  GAAC 5026-5050 | Bloxsom, Charlotte | MacGillivray, Katherine | | 11/14/2018-2/5/2019 | Text Messages | Attorney-Client Privilege & Work Product | Irrelevant post-suit communications unrelated to Thomas.  Confidential discussions made in anticipation of litigation with consulting expert regarding plans to discuss with legal counsel C. Burnside. |
| GAAC PRIV 00686-710;  GAAC 4932-4958 | Vassar, Julia | Moore, Meriwether; Hunter, Misty; Burrows, Susan; Bloxsom, Charlotte | | 4/25/18-12/27/2018 | Text Messages | Irrelevant & Confidential Post-Suit Communications | Post-suit communications; Irrelevant photos and messages regarding things such as other pets (dogs); holiday celebrations/crafts; social/entertainment gatherings; unrelated matters such as who is "on call" over the weekend; Outlook; lost pets; picking up tickets; discussion of unrelated horse; discussion of seating at show. |
| GAAC PRIV 00719-751,  GAAC 5098- | Vassar, Julia; | Moore, Meriwether; Hunter, Misty; Burrows, Susan; Bloxsom, Charlotte | | 4/25/18-2/27/19 | Text Messages | Irrelevant & Confidential Post-Suit Communications | Post-suit communications; Irrelevant photos and messages regarding things such as other pets (dogs); holiday celebrations/crafts; social/entertainment gatherings; unrelated matters such as who is "on call" |

| BATES | SENDER | RECEIVER | COPIED | DATE | TYPE | PRIV. | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 5132 | | | | | | | over the weekend, picking up tickets; discussion of unrelated horse; Outlook; bets on unrelated horse; discussion of seating at show; plants. |
| GAAC PRIV 00671-672  GAAC 04853-04854 | Bloxsom, Charlotte | MacGillivray, Katherine | | 11/14/2018 - 11/20/2018 | Text Messages | Attorney-client privilege & Work Product; Irrelevant & Confidential Communications | Irrelevant communications regarding unrelated horses; Confidential discussions made in anticipation of litigation with consulting expert regarding plans to discuss with legal counsel C. Burnside. |
| GAAC PRIV 00684-85,  GAAC 04927-4928 | Bloxsom, Charlotte | Slovis, Nathan | | 7/14/2018 | Text Messages | Confidential Information Irrelevant to Plaintiff's Suit | Irrelevant communications regarding unrelated horse. |
| GAAC PRIV 00717-718,  GAAC 05093-05094 | Bloxsom, Charlotte | Slovis, Nathan | | 7/14/2018 | Text Messages | Information Irrelevant to Plaintiff's Suit | Irrelevant communications regarding unrelated horse. |
| GAAC 387 | Meisner, Diane | Barcus Marlena (Forward of Email to Joel Turner) | | 8/28/2018 | E-mail | Attorney-Client Privileged & Work Product | Forward of confidential communications between legal counsel and Great American employees made in the context of an attorney-client relationship and in connection with the provision of legal services regarding communicating with Plaintiff regarding investigation. |
| Unhighlighted Original Log | See Unhighlighted Original Log | See Unhighlighted Original Log | | See Unhighlighted Original Log | See Unhighlighted Original Log | See Unhighlighted Original Log | See Unhighlighted Original Log |

0104476.0710321   4849-9860-9051v1